**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

FEB 17 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dustin Smith #40158-007 )
U.S.P. Big Sandy )
Post Office Box 2068 )
Inez, Kentucky 41224 )
(Enter your full name, prison number and address)

1. Unknown Warden
2. Unknown Lieutenant
3. Captain Talley )
4 Sargeant Daniels )
5. Corporal Bynam )
6. Maurice Buckwell )
(Enter the full name and address(es), if know, of the defendant(s) in this action)

Case 1:09-cv-00306
Assigned To : Walton, Reggie B
Assign. Date . 2/17/2009
Description: Pro Se Gen. Civil

JURY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $350.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court must access, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

(1) the average monthly deposits to your prison account, or
(2) the average monthly balance of your prison account for the prior six-month period.

RECEIVED

FEB - 2 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you must submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copy to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001.

## I. SUCCESSIVE CLAIMS

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

## II. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes ( ) No (X)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( ) No (X)

C. If your answers to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit.

   Plaintiffs: N/A

   Defendants: N/A

2. Court (If federal court, please name the district; if state court name the county.) N/A

3. Docket number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

## III. PLACE OF CONFINEMENT

D.C. Jail- 1901 D Street, S.E.
Washington, D.C. 20003

A. Is there a prisoner grievance procedure in this institution? Yes (X) No ( )
If your answer is Yes, go to Question III B. If your answer is No, skip Questions III, B, C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
Yes (X) No ( )

C. If your answer is Yes to Question III B:

1. To whom and when did you complain? "See Attached"

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.) Yes ( ) No ( ) "See Attached"

3. What, if any, response did you receive? (Furnish copy of response, if in writing.) "See Attached"

4. What happened as a result of your complaint? "See Attached"

D. If your answer is No to Question III B, explain why not. N/A

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

F. If your answer is Yes to Question III E;

1. To whom and when did you complain? N/A

III. PLACE OF CONFINEMENT

C. If your answer is Yes to Question III B:

1. To whom did you complain?

There was really no one to complain to. The only people that I ever saw were regular officers.

2. Did you complain in writing? (Furnish a copy of the complaint you made, if you have one.)

Yes, I complained in writing but there were major obsticles in attempting to do so.

A. The officers always claimed to be out of grievances forms.

B. Most of the time I had to draft my own forms from a packet I recieved from the Washington Lawyers Committee showing forms and explaining the time limits and process of how to do so.

C. Copies of these forms would disappear from my cell during searches and on outside recreation periods.

3. What, if any, response did you recieve? (Furnish copy of response, if any in writing)

I did not recieve any response relating to the claims

listed herein. While at the jail, I contacted Ms. Ivy Lange from the Washington Lawyers Committee via mail and telephonically, concerning the issue of the prisoner grievance procedures and she stated that this was an ongoing problem at the jail and would contact the warden.

4. What happened as a result of your complaint?

After my mother contacted the jail, the UNKNOWN WARDEN sent a lady sargeant to speak with me. I told her everything which had taken place until that point but never heard anything of the conversation and my complaints again.

On another occasion Liutenant Hendricks came to speak with me and at my request had me moved from the jail to C.T.F./C.C.A.

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.) Yes ( ) No ( )

3. What, if any response did you receive? (Furnish copy of response, if in writing.)
N/A

4. What happened as a result of your complaint? N/A

## IV. PARTIES

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: Dustin Smith #40158-007
Address: U.S.P. Big Sandy - Po Box 2068, Inez, Ky 41224

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

B. Defendant: Unknown Warden
Warden - D.C. Department of Corrections (Jail)
Address: D.C. Jail
1901 D Street, S.E. Washington, D.C. 20003

Defendant: Unknown Liutenant
Liutenant - D.C. Department of Corrections

Address: D.C. Jail
1901 D Street, S.E. Washington, D.C 20003

Defendant: Captain Talley
Captain - D.C. Department of Corrections

Address: D.C. Jail
1901 D Street, S.E. Washington, D.C. 20003

Defendant: Sargeant Daniels
Sargeant - D.C. Department of Corrections

Address: D.C. Jail
1901 D Street, S.E. Washington, D.C. 20003

## V. STATEMENT OF CLAIM

Defendant: Corporal Bynam

Corporal - D.C. Department of Corrections

Address: D.C. Jail

1901 D Street, S.E.

Washington, D.C. 20003

Defendant: Maurice Blackwell

Corporal - D.C. Department of Corrections

Address: D.C. Jail

1901 D Street, S.E.

Washington, D.C. 20003

CLAIM ONE:

In August of 2007, Officer CORPORAL BYNAM targeted me with racial slurs while performing in his duties as a D.C. Department of Corrections Officer. While commencing to lock down Northeast 2 the inmates were taking longer than he would have liked them to. Looking around he seen me and immediately yelled for me to "get the fuck off the phone". When I asked him who he was talking to, he continued on saying "I'm talking to you cracker, get the fuck off of the phone". At this I ended my call and went to my cell. As a minority in the institution this was an act of racial profiling. It outcasted, gave me problems among my peer group and obviously slaundered my character. His actions were completely unprofessional and a violation of my Fourteenth Amendment to Equal Protection under the United States Constitution.

CLAIM TWO:

Between late August and early September of early 2007, roughly two weeks after the incident with CORPORAL BYNAM I noticed CORPORAL MAURICE BLACKWELL begin to work my housing unit. (Northeast 2) From my very first dealings with him he was confrontational and attempted to provoke me with personal and race related innuendos. One evening I approached him in the day area and asked him if I could speak to him. Immediately with an attitude he said "if you want to talk to me you can talk to me right here." So I sat down beside him and said, "I don't bother anybody and I give everybody respect, so as a man I want to ask you to stop coming at me like you do." Getting loud he said, "Fuck you cracker. Are you threatening me? Motherfucker are you threatening me? You ain't nobody. You're a cracker, and you're in here with my people." Now standing up facing eachother in front of the bubble, he grabbed my face. Digging his nails in my skin I tried to grab him and he slung my head back. An unknown officer jumped between us an it was over. All of this was on camera, in front of the whole unit and no code was ever called. Even still, he continued to taunt me and talk about the incident with other inmates. Then called me in the sally port where he threatened me again, asking me "what the fuck I wanted to do" holding handcuffs in his hands like brass knuckles.

When CAPTAIN TALLEY arrived on the unit for an unrelated issue I informed her that I was assaulted by an officer. She contacted an UNKNOWN LIEUTENANT. Corporal

Cobbs escorted me to medical. I seen a doctor then Corporal Cobbs escorted me to master control where the UNKNOWN LIEUTENANT took pictures of my face and served me with institutional charges that Mr. Blackwell fabricated against me. These charges were later dismissed but were the basis of me having to suffer in solitary confinement and lose my property and shoes. The next morning in Northeast 1, I learned that Northeast 1 was CORPORAL BLACKWELLS regular housing unit as I awoke to him continueing to embarrass and racially degrade me as he had the night before. He even went so far as to make untrue statements about me being a government informant which put my life in immediately jeopardy. At this I spoke with Sargeant Weathers and requested that I be placed in another housing unit. This was done an I was unaware until I arrived there that I had just involuntarily agreed to go into protective custody. (After all of this CORPORAL BLACKWELL still managed to make his way to North 2 on two occasions while I was being housed there.)

CORPORAL MAURICE BLACKWELL violated my Eighth and Fourteenth Amendments under the United States Constitution by verbally, racially and then physically assaulting me while performing in his duties as a D.C. Department of Corrections officer. (Cruel and Unusual Punishment and Equal Protection)

Captain Talley and a UNKNOWN LIEUTENANT are responsible for violating my Fifth Amendments Due Process Rights as well as my Fourteenth Amendment Right to Equal Protection. This was done by allowing me to be placed directly back in a unit with an officer who should have been

under investigation for assaulting me less than 24 hours before. CAPTAIN TALLEY and the UNKNOWN LIEUTENANT abused their discretion and authority by placing me there. They did not take the proper measures to begin investigating the situation, secure my safety and maintain the orderly operation of the institution. Policy and procedure was not followed.

CLAIM THREE:

In late September, early October of 2007, I was being housed in North 2 block. I was in my cell alone, the door was closed and no threat to myself or others. SARGEANT DANIELS attempted to place another prisoner in my cell. I held the cell bars so that he could not enter and asked SARGEANT DANIELS to call the lieutenant. At this he said, "now I can see why you're always having problems with people" and gave me a direct order to release the bars. When I did not, in spite of my passiveness and the ligitamate request I made for the officer in charge, he O.C. sprayed me. Returning from medical, I was placed back into the same contaminated cell. I was unafforded an opportunity to clean this cell, exchange my sheets or even my clothes. O.C. spray was on and in everything. My eyes burned an I had problems coughing uncontrollably for weeks. (Sargeant wrote me a disciplinary charge which was later dismissed)

This is Cruel and Unusual Punishment as a violation of my Eighth Amendment Rights in addition to the Fourteenth Amendments Equal Protection clause. I also have a right to peacefully assemble under the First Amendment of the United States Constitution which was denied with this assault. (Lieutenant mentioned in this claim is the same UNKNOWN LIEUTENANT named as a defendant in claim two of this action)

---

*******In relation to all three claims the UNKNOWN WARDEN has violated my First Amendment to peacefully assemble, my Fifth

Amendment to Due Process, my Eighth Amendment to be free from Cruel and Unusual Punishment and Fourteenth Amendment which guarantees me Equal Protection under the United States Constitution.

He has violated these rights because the administration didn't attempt to effectively respond to my pleading attempts to resolve security threatening issues through the grievance process. This incompetence has forced me to have to deal with Cruel and Unusual circumstances, punishment and retaliation from officers. This has mentally an emotionally scared me and had a negative effect on my outlook and character. The UNKNOWN WARDEN violated my rights under the same Amendments as all of the other defendants in this action because he's the principle authority of the institution. So as that Chief Supervisor he bears the burden and responsibility for everything that may or may not happen in his facility.

State here briefly as possible the facts of your case. Describe how each defendant is involved. Include the names of other persons involved, dates, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets, if necessary.

"See Attached"

## VI. RELIEF

State briefly exactly what you want the Court to do for you.

Until a ruling is made in this Honorable Court I request that you order all of the defendants accounts to be frozen and place a lean on all available properties. I Seek monitary Compensation in the amount of $5,000,000 for violation of my Civil & Constitutional rights, the mental Stress and Strain Ive experienced and for the negative effect this experience has had on my Character. I would also like the defendants to be terminated from their positions in the D.C. Department Of Corrections as an example and & to Keep others in the future from having to endure this type of abuse

Signed this 10th day of January, 2007.

(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

1-10-07
(Date)

(Signature of Plaintiff)

CERTIFICATE OF SERVICE

---

I DUSTIN SMITH, Pro Se, hereby certify that a true copy of the foregoing "COMPLAINT FOR VIOLATION OF CIVIL RIGHTS 42 U.S.C. § 1983" was duly forwarded via first-class U.S. Mail, postage pre-paid, to the CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, 333 Constitution Avenue., N.W., Washington, D.C. 20001, this 10th day of January, 2009.

DUSTIN SMITH#40152-007
U.S.P. Big Sandy
P.O. Box 2068
Inez, Ky
41224